THOMAS H. BOWLES, an Infant, by Guardian, etc., Respondent,
*v.* FREDERICK HABERMANN, Appellant.

(Argued April 16, 1884 ; decided April 29, 1884.)

*George H. Fletcher* for appellant.

*Homer A. Nelson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CHARLES H. WEED, Appellant.

(Argued April 22, 1884; decided April 29, 1884.)

*Francis Larkin* for appellant.

*Nelson H. Baker* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.